```
 1 | Susan St. Vincent
 2 | Legal Officer
   | NATIONAL PARK SERVICE
 3 | Legal Office
   | P.O. Box 517
 4 | Yosemite, California 95389
   | Telephone: (209) 372-0241
 5 |
 6 |
```




**FILED**

MAY 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:16-mj-034-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| EPIFANIO ROSENDO JIMENEZ | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Epifanio Rosendio JIMENEZ has failed to provide proof of having completed 25 hours of community service and failed to provide proof of having attended AA two times weekly for six months of his probation.

| | |
|---|---|
| 1 | As the legal officer, I am aware that JIMENEZ was charged with being present in |
| 2 | a park area when under the influence of alcohol to a degree that may endanger oneself |
| 3 | or another person, or damage property or park resources, in violation of Title 36 Code of |
| 4 | Federal Regulations § 2.35(c); and using language, an utterance, or gesture, or engages |
| 5 | in a display or act that is obscene, physically threatening or menacing, or done in a |
| 6 | manner that is likely to inflict injury or incite immediate breach of the peace, in violation |
| 7 | of Title 36 Code of Federal Regulation § 2.34(a)(2). On June 29, 2016 JIMENEZ plead |
| 8 | guilty to the charge of being present in a park area when under the influence of alcohol |
| 9 | to a degree that may endanger oneself or another person, or damage property or park |
| 10 | resources, in violation of Title 36 Code of Federal Regulations § 2.35(c). The other |
| 11 | count was dismissed. JIMENEZ was sentenced to 12 months of unsupervised probation |
| 12 | with the conditions that he obey all laws; pay a $10 assessment; perform and complete |
| 13 | 25 hours of community service within 10 months; and attend AA two times weekly for six |
| 14 | months of probation and file sworn proof of attendance to the Court. |
| 15 | |
| 16 | The government alleges JIMENEZ has violated the following condition(s) of his |
| 17 | unsupervised probation: |
| 18 | |
| 19 | CHARGE ONE:    FAILURE TO COMPLETE COMMUNITY SERVICE |
| 20 | JIMENEZ was ordered to perform and complete 25 hours of community service |
| 21 | within 10 months. As of the date of this affidavit, JIMENEZ has not provided proof of |
| 22 | having performed or completed any community service. |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

CHARGE TWO: FAILURE TO PROVIDE PROOF OF ATTENDING AA

JIMENEZ was ordered to attend AA two times weekly for six months of probation and file sworn proof of attendance to the Court. As of the date of this affidavit, JIMENEZ has not provided proof of having attended any AA sessions.

5/23/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

5/23/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California